MARTIN A. OTTO, Respondent, *v.* LINCOLN SAVINGS BANK OF BROOKLYN, Appellant.

Argued April 2, 1945; decided May 17, 1945.

*Frederick Weisbrod* for appellant.
*Edward J. Bausch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.